PROB 12C  
(6/16)

Report Date: November 30, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Pamela Sueanne Hawkes | Case Number: 0980 2:13CR00096-RHW-011 |
| Address of Offender: ▮▮▮▮▮▮▮▮ Idaho | |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 23, 2014

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | | |
| Original Sentence: | Prison-15 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (June 19, 2015) | Prison - 5 months; TSR - 55 months | | |
| Asst. U.S. Attorney: | Timothy Ohms | Date Supervision Commenced: | October 2, 2015 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: | May 1, 2020 |

## PETITIONING THE COURT

   To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/28/2016 and 11/03/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.<br><br>**Supporting Evidence**: Pamela Hawkes violated the terms of her supervised release by leaving the Eastern District of Washington without permission, during the month of November 2016. |

                    I declare under penalty of perjury that the foregoing is true and correct.

                    Executed on:    11/30/2016

                                    s/Melissa Hanson

                                    Melissa Hanson
                                    U.S. Probation Officer

Prob12C
**Re: Hawkes, Pamela Sueanne**
**November 30, 2016**
**Page 2**

---

THE COURT ORDERS

- [ ]  No Action
- [ ]  The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [ ]  Other

_/s/ Robert A. Whaley_
Signature of Judicial Officer

December 1, 2016
Date