PROB 12C
(6/16)

Report Date: March 8, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 08, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Pamela Sueanne Hawkes | Case Number: 0980 2:13CR00096-RHW-11 |

Address of Offender:                Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 23, 2014

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 15 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentences: | | |
| (June 15, 2015) | Prison - 5 months<br>TSR - 55 months | |
| (January 19, 2017) | Prison - 8 months<br>TSR - 20 months | |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: July 21, 2017 |
| Defense Attorney: | Daniel Noah Rubin | Date Supervision Expires: March 20, 2019 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Numbers | Nature of Noncompliance |
|---|---|
| 1 - 3 | **Mandatory Condition #3**: You must refrain form any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: On July 25, 2017, Pamela Hawkes signed her conditions of supervision, indicating she understood all conditions as ordered by the Court. Specifically, Ms. Hawkes was made aware by her U.S. probation officer that she must refrain from any unlawful use of controlled substances.

On January 26, 2018, Ms. Hawkes violated mandatory condition number 3 by consuming methamphetamine. On this date, the offender reported for phase uranalysis testing at Pioneer Human Services (PHS) and provided a sample which tested presumptive positive for methamphetamine. Ms. Hawkes denied use of a controlled substance at that time, but lab testing confirmed the sample was in fact positive. The offender would later admit to this officer that she initially relapsed on January 24, 2018, when she and a co-worker smoked methamphetamine.

Prob12C
Re: **Hawkes, Pamela Sueanne**
**March 8, 2018**
Page 2

On February 8, 2018, Ms. Hawkes violated mandatory condition number 3 by consuming methamphetamine. On this date, the offender reported to the U.S. Probation Office and provided a urine sample which tested presumptive positive for methamphetamine. According to the lab, the specimen was invalid. At the time of collection, Ms. Hawkes denied use of methamphetamine, but she later admitted to this officer she had snorted methamphetamine with another co-worker, who had given her a ride home from work, just days before reporting to this office on February 8, 2018.

On March 2, 2018, Ms. Hawkes violated mandatory condition number 3 by consuming methamphetamine. On this date, the offender reported to the undersigned officer and provided a urine sample which tested presumptive positive for methamphetamine. Ms. Hawkes signed an admission of use form indicating she smoked methamphetamine with a co-worker on or about February 26, 2018.

4 **Special Condition # 4**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: On July 25, 2017, Pamela Hawkes signed her conditions of supervision, indicating she understood all conditions as ordered by the Court. Specifically, Ms. Hawkes was made aware by her U.S. probation officer that she needed to enter into and successfully complete an approved substance abuse treatment program.

On March 2, 2018, Ms. Hawkes violated special condition number 4 by failing to attend substance abuse treatment throughout the months of January and February 2018. The offender reported to PHS on December 11, 2017, to undergo a substance abuse assessment. Based on that assessment, it was recommended that Ms. Hawkes enroll in an outpatient treatment program.

On March 1, 2018, the undersigned officer received notification from PHS staff that Ms. Hawkes would be discharged from treatment as noncompliant because she had not attended any group or individual treatment sessions since her assessment on December 11, 2017.

5 **Special Condition # 5**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On July 25, 2017, Pamela Hawkes signed her conditions of supervision, indicating she understood all conditions as ordered by the Court. Specifically, Ms. Hawkes was made aware by her U.S. probation officer that she must submit to urinalysis testing as directed by the supervising officer.

Ms. Hawkes violated special condition number 5 by failing to report for phase urinalysis testing on multiple occasions. The offender was to report for phase urinalysis testing at PHS on January 2 and 25, 2018, when the color "Brown" was identified for testing, but she failed to make herself available.

Prob12C
**Re: Hawkes, Pamela Sueanne**
**March 8, 2018**
**Page 3**

    The offender was also to report for phase urinalysis testing at PHS on February 5, 7 and 28, 2018, but again failed to report for testing as required.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/08/2018

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/8/2018

Date