# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Pamela Sueanne Hawkes        Case Number: 0980 2:13CR00096-RHW-11

Address of Offender:                Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 23, 2014

Original Offense:         Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence:        Prison -15 months           Type of Supervision: Supervised Release
                          TSR - 60 months

Revocation Sentences:
(June 15, 2015)           Prison - 5 months
                          TSR - 55 months

(January 19, 2017)        Prison - 8 months
                          TSR - 20 months

Asst. U.S. Attorney:      Timothy J. Ohms             Date Supervision Commenced: July 21, 2017

Defense Attorney:         Daniel N. Rubin             Date Supervision Expires: March 20, 2019

## PETITIONING THE COURT

To **issue a summons** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/08/2018.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 6 | **Standard Condition # 8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer. |

**Supporting Evidence**: On July 25, 2017, Pamela Hawkes signed her conditions of supervision, indicating she understood all conditions as ordered by the Court. Specifically, Ms. Hawkes was made aware by her U.S. probation officer that she was prohibited from associating with someone she knows has been convicted of a felony.

On June 11, 2018, the offender notified the undersigned officer she had violated standard condition number 8 by communicating with her former codefendant, Steven Bronowski, without first obtaining permission to do so. Ms. Hawkes advised this officer she had been contacted by Mr. Bronowski approximately 2 months prior, shortly after his release from incarceration for a state charge. According to the offender, she and Mr. Bronowski "hung

      out" on a couple occasions before she discovered he was using methamphetamine and she attempted to distance herself from him.

7     **Special Condition # 4**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You shall contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence**: On July 25, 2017, Pamela Hawkes signed her conditions of supervision, indicating she understood all conditions as ordered by the Court. Specifically, Ms. Hawkes was made aware by her U.S. probation officer that she needed to enter into and successfully complete an approved substance abuse treatment program.

    On or about June 11, 2018, Ms. Hawkes violated special condition number 4 by being unsuccessfully discharged from treatment. On that date, the undersigned officer received notification from the offender's counselor at Pioneer Human Services that Ms. Hawkes had been unsuccessfully discharged from treatment as a result of her failure to attend treatment between April 24 and June 11, 2018.

The U.S. Probation Office respectfully recommends the Court **to issue a summons** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 03/08/2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/12/2018

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[x] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

June 12, 2018
Date