PROB 12C
(6/16)

Report Date: August 7, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Pamela Sueanne Hawkes | Case Number: | 0980 2:13CR00096-RHW-11 |

Address of Offender:     Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: January 23, 2014

Original Offense:     Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

| | | |
|---|---|---|
| Original Sentence: | Prison - 15 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentences:<br>(June 15, 2015) | Prison - 5 months<br>TSR - 55 months | |
| Revocation Sentence:<br>(January 19, 2017) | Prison - 8 months<br>TSR - 20 months | |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: July 21, 2017 |
| Defense Attorney: | David Fletcher | Date Supervision Expires: March 20, 2019 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

1    **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: On July 25, 2017, Pamela Hawkes signed her conditions of supervision, indicating she understood all conditions as ordered by the Court. Specifically, Ms. Hawkes was made aware by her U.S. probation officer that she must refrain from any unlawful use of controlled substances.

On July 23, 2018, Ms. Hawkes violated mandatory condition #3 by consuming morphine. On this date, the offender reported for phase urinalysis testing at Pioneer Human Services (PHS) and provided a urine sample, which was confirmed by a lab to be positive for morphine. Ms. Hawkes denied use of a controlled substance at that time, stating that morphine is not her "drug of choice."

Prob12C
**Re: Hawkes, Pamela Sueanne**
**August 7, 2018**
**Page 2**

|   |   |
|---|---|
|   | The offender did submit to random urinalysis testing earlier that morning at the residential reentry center (RRC), which was negative for illicit substances. |
| 2 | **Special Condition #6**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale. You shall abstain from alcohol and shall submit to urinalysis and sweat patch testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: On July 25, 2017, Pamela Hawkes signed her conditions of supervision, indicating she understood all conditions as ordered by the Court. Specifically, Ms. Hawkes was made aware by her U.S. probation officer that she must abstain from alcohol.

On August 3, 2018, Ms. Hawkes violated special condition #6 by consuming alcohol. On August 4, 2018, the offender contacted this officer and advised that she had submitted to a random Breathalyzer test upon her return to the RRC from work on August 3, 2018, which was positive for alcohol. Ms. Hawkes admitted to this officer that she consumed alcohol and explained she did so in an attempt to soothe a toothache she had.

As a result of the positive Breathalyzer test, Ms. Hawkes was placed on restriction at the RRC that would only allow her to leave the facility for treatment purposes.

|   |   |
|---|---|
| 3 | **Special Condition #8**: You shall reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. You shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: On June 27, 2017, Pamela Hawkes appeared before Your Honor for a supervised release revocation hearing, and was ordered to reside at the RRC for a period of up to 180 days, and to abide by the rules and requirements of the facility during that time. During the aforementioned hearing, Pamela Hawkes acknowledged she understood the noted condition.

On August 3, 2018, Ms. Hawkes violated special condition #8 by deviating from her schedule. On that date, the offender returned to the facility at 5:19 p.m. At that time she was subject to Breathalyzer testing and was found to be positive for alcohol.

On August 4, 2018, RRC staff received a phone call from the offender's employer who was checking to see how Ms. Hawkes was doing. According to Ms. Hawkes' employer, she left work at 12:36 p.m. on August 3, 2018, due to tooth pain.

On August 6, 2018, this officer confronted the offender about her failure to notify RRC staff or this officer that she had left work early. Ms. Hawkes offered no explanation for the almost 5 hours she was unaccounted for.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Hawkes, Pamela Sueanne**
**August 7, 2018**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 08/07/2018

s/Amber M.K. Andrade

Amber M. K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

August 8, 2018

Date